# Commonwealth of Pennsylvania *v.* Shields et al., Appellants.

*Criminal procedure—Quarter Sessions—Order striking off nolle prosequi—Interlocutory order—Appeal from.*

An order of the Court of Quarter Sessions, making absolute a rule to strike off a nolle prosequi, is an interlocutory order, from which no appeal lies.

Argued October 4, 1927. Appeal No. 323, October T., 1927, by defendants from decree of Q. S. Lycoming County, June Sessions, 1923, No. 5, in the case of Commonwealth of Pennsylvania v. John B. Shields, W. A. Eastlack and B. Feigenbaum. Before PORTER, P. J., HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and CUNNINGHAM, JJ. Quashed.

Rule to strike off nolle prosequi. Before WHITE-HEAD, P. J.

The facts are stated in the opinion of the Superior Court.

The Court made absolute the rule. Defendants appealed.

*Error assigned* was the decree of the Court.

*G. Harry Ditter,* and with him *Chas. J. Reilly,* for appellants.

*A. A. Vosburg,* and with him *John J. Owens* and *William K. Bastian,* District Attorney, for appellee.

OPINION BY KELLER, J., October 20, 1927:

The defendant Shields appeals from an order striking off a nolle prosequi entered by direction of the Court of Quarter Sessions after an appeal had been taken by the Commonwealth from the order directing its entry. See Com. v. Shields, 89 Pa. Superior Ct.

266. The appeal must be quashed as the order appealed from is interlocutory. The effect of such an order is very much like that ensuing on an order striking off judgment of non-suit in civil actions, which has been held not to be reviewable as error: Szmigel v. Director General, 266 Pa. 573; Heilman v. McKinstry, 18 Pa. Superior Ct. 70.

An appeal will not lie from the order complained of until a final judgment has been entered in the case: Com. v. Weber, 63 Pa. Superior Ct. 75.

Appeal quashed.